UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIGUEL ENCARNACION-MONTERO,**<br><br>　　　　　　**Petitioner,**<br><br>　　v.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　　Respondent. | Case No. LA CV 12-05262-VBF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), and all of the records herein, including the Report and Recommendation of the United States Magistrate Judge ("Report and Recommendation"). The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　IT IS ORDERED that the Petition is denied for lack of merit and this action is dismissed with prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

A separate final judgment will be entered accordingly.

DATED: July 29, 2014

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE