UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MIGUEL ENCARNACION-MONTERO,** | ) | Case No. LA CV 12-05262-VBF(JC) |
| **Petitioner,** | ) | |
| v. | ) | **JUDGMENT** |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's contemporaneously issued Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, final judgment is hereby entered in favor of the respondent and against the petitioner.

DATED: July 29, 2014

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE