UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MIGUEL ENCARNACION-MONTERO,** | ) | **Case No. LA CV 12-05262-VBF(JC)** |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation of the United States Magistrate Judge, and Dismissing the Habeas Corpus Petition With Prejudice, final judgment is hereby entered in favor of the respondent and against the petitioner.

DATED:    June 18, 2015

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
Senior United States District Judge